UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| UNITED STATES OF AMERICA, | CASE NO.: 20CR1575-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| PRISILA OROZCO, | |
| Defendant. | |

Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for March 12, 2021 at 1:30 p.m., be continued to April 9, 2021 at 1:30 p.m. before Honorable Janis L. Sammartino.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

**SO ORDERED.**

Dated: March 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20CR1575-JLS